UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE CARDIN,**

    **Plaintiff,**

v().                                           **Case No: 6:19-cv-596-Orl-41DCI**

**WAL MART STORE INC.,**

    **Defendant.**
_____/

**ORDER**

    THIS CAUSE is before the Court *sua sponte* review. On June 14, 2019, this Court ordered the parties to show cause on or before June 26, 2019, as to why this case should not be dismissed for failure to file a case management report. (June 14, 2019 Order, Doc. 10, at 1). Defendant filed a Response, asserting that it made several unsuccessful attempts to contact Plaintiff to conduct a case management conference and requesting that the case be dismissed for Plaintiff's failure to prosecute. (Resp., Doc. 11, at 1–2). Plaintiff filed an untimely Response (Doc. 12), which fails to address why she did not file a case management report. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on July 2, 2019.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party